JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX, | Case No. CV 20-7002 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MELISSA MATLOW, as trustee of the Matlow Family Trust, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's December 4, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 4, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE